**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:05CV267-1-V
5:99CR11-14-V**

| | |
|---|---|
| **CARLOS ANDREAS PARKS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** comes before the Court on Petitioner's counsel's Motion for Admission to the United States District Court for the Western District of North Carolina, filed October 21, 2005.

The Court has reviewed Petitioner's counsel's Motion for Admission to the United States District Court for the Western District of North Carolina, and determined, for the reasons stated therein, that such motion should be granted. Therefore the Court will grant Mr. Henderson's request to represent Petitioner in this matter without requiring him to obtain local counsel. Counsel is cautioned, however, that he should review and apply all relevant local Rules and provisions which might apply to his case.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioner's counsel's Motion for Admission to the United States District Court for the Western District of North Carolina is **GRANTED** nunc pro tunc to the date of the filing of Petitioner's Motion to Vacate, Set Aside, or Correct Sentence.

**Signed: November 3, 2005**

Richard L. Voorhees
United States District Judge